Entered on Docket
August 03, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed July 31, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 12-46834 WJF |
| JORGE EDGARD QUINONES and LIDIA DELVALLE QUINONES, | Chapter 7 |
| Debtors. | |
| THE BOARD OF TRUSTEES, in their capacities as Trustees of the CEMENT MASONS HEALTH AND WELFARE TRUST FUND FOR N CA, ET AL., | Adversary No. 13-04016 |
| Plaintiffs, | |
| vs. | |
| JORGE EDGARD QUINONES and LIDIA DELVALLE QUINONES, | |
| Defendants. | |

**MEMORANDUM REGARDING RECENT NINTH CIRCUIT DECISION**

Jorge and Lidia Quinones, defendants in the above captioned adversary proceeding, have filed and served a Motion for Summary Adjudication, which has been set for hearing on Wednesday, August 12 at 10:30 a.m. The Motion seeks relief with respect to the Second Claim in the First Amended Complaint, which asserts that a debt owing to plaintiff, The Board of Trustees, in their capacities as Trustees of the Cement Masons Health and Welfare Trust Fund for Northern California, et al., is non-dischargeable pursuant to the

1

SETTLEMENT CONFERENCE ORDER

provisions of 11 U.S.C. Section 523(a)(4) (Fraud or Defalcation By a Fiduciary, Larceny, Embezzlement). Plaintiff has filed an opposition to the Motion for Summary Adjudication, and has filed its own Motion for Summary Adjudication of the Second Claim for Relief, which is set for hearing on September 2, 2015 at 10:30 a.m.

As the parties may well be aware, on July 30 the Ninth Circuit Court of Appeals published an opinion in the case of *Bos v. Board of Trustees in their capacity as Trustees of the Carpenters Health and Welfare Fund of California, etc.*, No. 13-15604, which determined that an employer's contractual requirement to contribute to an employee benefits trust fund does not make it a fiduciary of unpaid contributions. *Bos v. Board of Trustees*, at 13.

Obviously, the *Bos* opinion is of high importance to the court's determination of the Second Claim for Relief, at least to the extent that claim relies on a defalcation by a fiduciary theory. The parties should be prepared to discuss the Ninth Circuit's opinion in *Bos* during the August 12 hearing on the Defendants' Motion for Summary Adjudication.

**\* \* \* END OF MEMORANDUM \* \* \***

**COURT SERVICE LIST**

Jolene Kramer,
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway, Suite 200
Alameda, California 94501

David N. Chandler
Law Offices of David N. Chandler
1747 4th St.
Santa Rosa, CA 95404