Entered on Docket
October 02, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



The following constitutes the order of the court.
Signed October 2, 2015

_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

| | |
|---|---|
| In re | Case No. 12-46834 |
| Jorge Edgard Quinones, Lidia Delvalle Quinones, | Chapter 7 |
| Debtors. | |
| The Board of Trustees, in their capacities as Trustees of the Cement Masons Pension Trust Fund for Northern California, et al., | Adv. Pro. No. 13-04016 |
| Plaintiffs, | |
| v. | |
| Jorge Edgard Quinones, Lidia Delvalle Quinones, | |
| Defendants | |

**MEMORANDUM REGARDING RECENT NINTH CIRCUIT DECISION**

At a Status Conference held on Tuesday, September 29, the

| | |
|---|---|
| 1 | Court set a hearing date of October 19, and a briefing schedule |
| 2 | for Plaintiffs' *Motion to Dismiss Adversary Proceeding* (doc. 130) |
| 3 | and Defendants' *Counter-Motion for Order Determining Prevailing* |
| 4 | *Party* (doc. 141) and *Counter Motion for Sanctions* (doc. 142).  In |
| 5 | connection with the *Counter-Motion for Order Determining* |
| 6 | *Prevailing Party*, the Court notes that on Thursday, October 1, the |
| 7 | Ninth Circuit Court of Appeals issued an opinion in the case |
| 8 | *Penrod v. AmeriCredit Financial Services, Inc.*, 2015 WL 53730425, |
| 9 | 13-16097 (9th Cir. Oct. 1, 2015),  that determined whether the |
| 10 | debtor in that case, who had prevailed in a prior dispute with a |
| 11 | secured lender, was entitled to attorneys fees under Section 1717 |
| 12 | of the California Civil Code, based on an argument that the prior |
| 13 | dispute was an "action on the contract."  While not presently |
| 14 | deciding the precedential effect of the *Penrod* decision on the |
| 15 | *Counter-Motion for Order Determining Prevailing Party*, the Court |
| 16 | does believe that consideration of this decision would be |
| 17 | appropriate in connection with the October 19 hearing, and expects |
| 18 | the parties to address the effect of the decision in their further |
| 19 | pleadings, and to be prepared to discuss the decision at the |
| 20 | October 19 hearing. |

                    *End of Memorandum*

**Court Service List**

Jolene Kramer
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway #200
Alameda, CA 94501

Emily P. Rich
Weinberg, Roger and Rosenfeld
1001 Marina Village Parkway #200
Alameda, CA 94501

David N. Chandler
Law Offices of David N. Chandler
1747 4th St.
Santa Rosa, CA 95404